IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DMITRII TROPSKII | : |
| *Plaintiff* | : |
| v. | : CIVIL NO. 25-3226 |
| PAMELA BONDI et al | : |
| *Defendants.* | : |

## ORDER

**AND NOW,** this 28th day of **October 2025,** upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), Defendants' Response in Opposition (ECF No. 10), Petitioner's Reply (ECF No. 14), Petitioner's Motion to Substitute (ECF No. 17), Petitioner's Amended Reply (ECF No. 18), and the representations made by counsel at the September 24, 2025 hearing, it is hereby **ORDERED** as follows:

1. Petitioner's Motion to Substitute is **GRANTED**.

2. Petitioner's Petition for a Writ of Habeas Corpus is **GRANTED**. The Government is **ORDERED** to release Petitioner from custody immediately. The Court retains jurisdiction over this matter to ensure compliance with this Order. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**